# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 10, 2025

**By CM/ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Sentencing adjourned from July 23, 2025 to October 8, 2025 at 12:00 p.m. in Courtroom 11D. SO ORDERED.
> Dated: 7/10/2025
> P. Kevin Castel
> United States District Judge

Re:   *United States v. Hector Noboa Quezada,*
      24 Cr. 715 (PKC)

Dear Judge Castel:

I write to respectfully request that the Court adjourn Hector Quezada's sentencing proceeding, which is currently scheduled for July 23, 2025, by two months. The Government, by AUSA Camille Fletcher, does not object to this application.

An adjournment is necessary because I require additional time to perfect Mr. Quezada's sentencing submission and gather records and other materials concerning his background, childhood, and family circumstances, some of which is located in the Dominican Republic. As the Court is aware from the final Pre-Sentence Report, Mr. Quezada was barely 18 years old when the offense conduct occurred and he spent periods of his childhood in the Dominican Republic. I am working hard to obtain the best information relevant to the Court's application of the 18 U.S.C. § 3553(a) factors to Mr. Quezada and need more time to do so.

The requested adjournment is also warranted by counsels' respective trial schedules. Government counsel will be on trial on July 23, 2025, and I have a four or five-day-long trial scheduled for September 15, 2025.

I thank the Court for its consideration of this unopposed application.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
(646) 315-1527

Cc:   AUSA Camille Fletcher