Case 1:24-cr-00715-PKC    Document 84    Filed 09/24/25    Page 1 of 1

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 24, 2025

**By CM/ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application Granted.

So Ordered: _____

Hon. P. Kevin Castel, U.S.D.J.

9-24-25

Re:    *United States v. Hector Quezada,*
        24 Cr. 715 (PKC)

Dear Judge Castel:

I write to respectfully request that the Court extend the deadline for the defense's sentencing submission from today, September 24, to tomorrow, September 25, and the Government's deadline from October 1 to October 2. The Government consents to this application.

Mr. Quezada is scheduled to be sentenced by Your Honor on October 8, 2025. Consistent with the Court's individual rules and practices, my sentencing submission is presently due today, September 24, 2025. Unfortunately, an unexpected issue arose in another case of mine that requires my traveling today. Accordingly, I require an extension of one day to perfect and file my sentencing submission. I have discussed the matter with AUSA Camille Fletcher, who consents to this application and desires a commensurate one-day extension of the Government's filing deadline.

I thank the Court for its consideration of this unopposed application.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
(646) 315-1527

Cc:    AUSA Camille Fletcher