# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

January 9, 2026

**By CM/ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application Granted.
SO ORDERED.
Dated:  1/9/2026

P. Kevin Castel
United States District Judge

Re:    *United States v. Hector Quezada,*
       24 Cr. 715 (PKC)

Dear Judge Castel:

I write to respectfully request that the Court extend Hector Quezada's January 13, 2026, surrender date by three weeks, to Tuesday, February 3, 2026. The Government, by AUSA Camille Fletcher, takes no position on this application.

Mr. Quezada recently learned that he has been designated to FCI Allenwood (Low), which is approximately three hours from his family's home. His mother and aunt are planning on driving him to the facility, but require more lead time to take off work so that they can make the trip. Further, Mr. Quezada requires more time to finish winding down his responsibilities at his job. The three-week extension of the surrender date to February 3, 2026, will afford Mr. Quezada and his family sufficient time to make adequate arrangements for his self-surrender to FCI Allenwood (Low). This is the first request for an extension of Mr. Quezada's surrender date and the defense does not expect to make further applications.

I thank the Court for considering this unopposed application.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
(646) 315-1527

Cc:    AUSA Camille Fletcher